## LUIS FERNANDEZ *v.* CHARIE VILLAVICENCIO
### (AC 32203)

Gruendel, Beach and West, Js.

Argued June 3—officially released June 21, 2011

Per Curiam. The judgment is affirmed.

## WILLIAM CYRTA *v.* COMMISSIONER
## OF CORRECTION
### (AC 31992)

Beach, Bear and Espinosa, Js.

Submitted on briefs May 27—officially released June 28, 2011

Per Curiam. The appeal is dismissed.

## RICK FELIX *v.* COMMISSIONER OF CORRECTION
### (AC 31553)

Beach, Bear and Espinosa, Js.

Submitted on briefs May 27—officially released June 28, 2011

Per Curiam. The appeal is dismissed.